United States District Court
Southern District of Texas
**ENTERED**
May 06, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUAN CARLOS PEREZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:19-cv-00110 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |
| | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Report and Recommendation of the Magistrate Judge" ("R&R") (Docket No. 16). The R&R recommends the following: (1) deny Juan Carlos Perez's ("Petitioner") "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" ("Motion") (Docket No. 1-3); (2) grant the Government's "Response in Opposition to Perez's 28 U.S.C. § 2255 Motion" ("Response") (Docket No. 15); (3) direct the Clerk of Court to close this case; and (4) decline to issue a certificate of appealability. Docket No. 16.

Objections were due March 19, 2020. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Thus, Petitioner's Motion (Docket No. 1-3) is **DENIED,** and the Government's Response (Docket No. 15) is **GRANTED**. The Court declines to issue a certificate of appealability. The Clerk of the Court is **ORDERED** to close the case.

Signed on this 6th day of May, 2020.

_____
Rolando Olvera
United States District Judge